UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONGWELL TEXTILES LTD., <br><br> Plaintiff, <br><br> v. <br><br> MATRIX INTERNATIONAL TEXTILE INC. et al., <br><br> Defendants. | Case No. 2:19-cv-09904-SB-AGR <br><br><br> ORDER TO SHOW CAUSE RE: DISMISSAL |

      Plaintiff filed this complaint in November 2019 alleging that Defendants failed to pay for fabrics sold to, delivered to, and accepted by Defendants. Dkt. No. 1. In March 2021, Defendant Matrix International Textile Inc. (Matrix) filed a notice of stay per its filing of a Chapter 11 bankruptcy petition. Dkt. No. 91. The Court required Matrix to file a status report every 90 days. Dkt. No. 92. In a status report in March 2022, Matrix indicated that Plaintiff and Matrix had entered into a settlement agreement, which was approved by the bankruptcy court. Dkt. No. 100. The agreement states that Plaintiff "will dismiss the District Court Action with prejudice within 14 days of [Plaintiff's] receipt" of certain payments described in the agreement. *Id.* at 26-27 of 45. In its last status report, Matrix indicated that the bankruptcy court confirmed Matrix's Amended Plan of Reorganization and issued an Order of Discharge. Dkt. No. 102.

      The parties are ordered to show cause, in writing, no later than September 12, 2022, why this case should not be dismissed in light of the parties' agreement. Alternatively, if Plaintiff no longer wishes to pursue this action, it may file a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41. This order to show cause will be automatically discharged by the filing of such voluntary dismissal. Failure

to respond to this order by September 12, 2022 will result in dismissal of this case without prejudice.

IT IS SO ORDERED.

Date: September 2, 2022

                                              Stanley Blumenfeld, Jr.
                                             United States District Judge