JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LONGWELL TEXTILES LTD., a Chinese company<br><br>Plaintiff,<br><br>v.<br><br>MATRIX INTERNATIONAL TEXTILE INC., a California corporation, NEMAN PROPERTIES LLC, a California limited liability company, and DOES 1 through 10,<br><br>Defendants. | Case No.: 2:19-cv-09904-SB-AGR<br><br>**ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>District Judge: Hon. Stanley Blumenfeld, Jr.<br><br>Magistrate Judge: Hon. Alicia G. Rosenberg, Courtroom 550<br><br>Complaint Filed: November 19, 2019 |

# ORDER

Pursuant to Plaintiff Longwell Textiles LTD's and Defendants Matrix International Textile, Inc. and Neman Properties LLC's stipulated agreement, Dkt. No. 104, IT IS HEREBY **ORDERED** that the above-captioned action is voluntarily dismissed in its entirety with prejudice, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated:  September 13, 2022     By: _____
                                    Stanley Blumenfeld Jr.
                                    United States District Judge